UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JAVIER SANTOS,

              Plaintiff,         08 Civ. 5087 (WHP)

      -against-               ORDER

DALE ARTUS,

              Defendant.
------------------------------------------------------X

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

_X_ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

     All such motions: ____

=================================================================

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: July 28, 2008
       New York, New York

                                      UNITED STATES DISTRICT JUDGE
                                      WILLIAM H. PAULEY III

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2008

*Copies mailed to:*

Andrea G. Hirsch, Esq.
111 Broadway 13th floor
Suite 1305
New York, NY 10006
*Counsel for Plaintiff*

Hon. Frank Maas